# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140370 & (42)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JASON MOSS,
        Plaintiff-Appellant,
        Cross-Appellee,

v

WAYNE STATE UNIVERSITY and WAYNE
STATE UNIVERSITY BOARD OF
GOVERNORS,
        Defendants-Appellees,
        Cross-Appellants.

SC: 140370
COA: 286034
Ct of Claims: 08-000014-CK

_____/

On order of the Court, the application for leave to appeal the December 1, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

0419